**DISMISS and Opinion Filed March 5, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00815-CV

## IN RE DAVID JOACHIM, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13421**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Osborne, and Justice Carlyle
Opinion by Justice Osborne

On July 9, 2019, David Joachim filed a petition for writ of habeas corpus, challenging the May 14, 2019 contempt order which held him in civil and criminal contempt, sentenced him to 200 hours of community service in lieu of confinement, and imposed criminal sanctions of $30,000. The Court requested real party in interest and respondent file responses by August 30, 2019, specifically addressing (1) whether the imposition of community service on relator constituted a sufficient restraint on relator's liberty so as to authorize habeas relief, and (2) the validity of the $30,000 in attorney's fees assessed as sanctions.

Two days after the order issued, relator filed a suggestion of bankruptcy under Chapter 7 of the United States Bankruptcy Code. Because a bankruptcy filing automatically suspends any further action by the Court, *see* TEX. R. APP. P. 8.2, we abated the proceeding.

On January 29, 2021, we notified the parties that our independent review of the federal Public Access to Court Electronic Records (PACER) system showed the bankruptcy case associated with this case had been dismissed on September 10, 2020. We informed the parties that we would reinstate the case for administrative purposes and, within ten days of the date of the letter, dismiss for want of prosecution or for failure to respond to a Court order or notice from the Clerk of this Court unless any party gave cause as to why the case should not be dismissed. *See* TEX. R. APP. P. 42.3(b), (c). To date, no party has responded.

We dismiss this original proceeding for want of prosecution.


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

190815F.P05